# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA DUNCAN, | Case No. **2:13-cv-4812-JEM** |
| Plaintiff, | ORDER OF JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| v. | |
| ALLIED INTERESTATE, LLC f/k/a ALLIED INTERSTATE, INC., | |
| Defendant. | |

## ORDER OF JOINT STIPULATION FOR DISMISSAL

Based upon the Joint Stipulation for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.

**IT IS HEREBY ORDERED:**

IT IS SO ORDERED:

*/s/ John E. McDermott*

Date: January 27, 2014

Judge John E. McDermott
U.S. District Judge
United States District Court